Argued and submitted January 25, reversed March 10, 1980

In the Matter of the Compensation of
BANKS,
*Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND,
*Respondent.*

(WCB No. 76-573, CA 15326)

607 P2d 771

Bruce A. Bottini, Portland, argued the cause for petitioner. With him on the brief was Zig I. Zakovics, Portland.

Darrell E. Bewley, Associate Counsel, State Accident Insurance Fund, Salem, argued the cause for respondent. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Before Buttler, Presiding Judge, and Gillette and Roberts, Judges.

PER CURIAM

## PER CURIAM

In this Workers' Compensation case, the extent of claimant's permanent disability depends upon the compensability of his headache and blackout spells. Our review of the record leads us to conclude that the referee's evaluation of the evidence was correct, and that those symptoms were properly included in arriving at the extent of disability. The Board, therefore, should not have reduced the award. The question is a factual one and an extended opinion would serve no useful purpose. *See Hoag v. Duraflake,* 37 Or App 103, 585 P2d 1149, *rev den* 284 Or 521 (1978).

Reversed.